NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RITA MAE MINGGIA,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3136

---

Petition for review of the Merit Systems Protection Board in No. DC-0831-13-0218-I-1.

---

**ON MOTION**

---

**O R D E R**

J. Elliott Field moves to withdraw as counsel of record for Rita Mae Minggia.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                         MINGGIA v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27